This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41733**

**JENNIFER OLGUIN AND OBO AURA RODRIGUEZ,**

Petitioner-Appellee,

v.

**RENE RODRIGUEZ,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Jennifer E. DeLaney, District Court Judge**

Pacheco Law Office, LLC
Sharice Ogas Pacheco
Las Cruces, NM

for Appellee

Rene Rodriguez
Las Cruces, NM

Pro Se Appellant

### MEMORANDUM OPINION

**WRAY, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**KATHERINE A. WRAY, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**GERALD E. BACA, Judge**